Unanimous Consent of the Board of Directors to file Chapter 11 Bankruptcy

The undersigned, being all the directors of HAHAHA Corporation, a Virginia Corporation, (hereinafter, HAHAHA Corporation) which is duly authorized to do business in Virginia, hereby take the following action by written consent in lieu of meeting.

WHEREAS, the principal office of the HAHAHA Corporation is located at 9001 Braddoc Rd #320 Springfield VA 22151;

WHEREAS, the HAHAHA Corporation is incorporated in order to conduct a property management business with ownership of property.

WHEREAS, the HAHAHA Corporation is insolvent and unable to pay its debts as they mature; and

WHEREAS, the directors have determined that it is in the best interest of the HAHAHA Corporation and its creditors, stockholders, and other interested parties to file a voluntary petition under Chapter 11 of the U.S. Bankruptcy code, it is therefore

RESOLVED, that in the business judgment of the directors, given the circumstances affecting the HAHAHA Corporation, it is desirable and in the best interests of the HAHAHA Corporation, its creditors, and other interested parties that a petition seeking relief under the chapter 11 of the Bankruptcy Code should be filed, and the filing of such petition is hereby authorized; and it is further

RESOLVED, that the law office of Weon G. Kim at 8200 Greensboro Dr. #900 McLean VA 22102 is hereby employed as an attorney for the HAHAHA Corporation in the chapter 11 bankruptcy case and in related matters, on such terms and conditions as the president of the HAHAHA Corporation shall approve and the payment of the an appropriate retainer fee to the law office is hereby authorized; and it is further

RESOLVED, that all the actions previously taken by the President in the name and on behalf of the HAHAHA Corporation in furtherance of any or all of the preceding resolutions be ratified , confirmed, and approved as acts of the HAHAHA Corporation; and it is further

RESOLVED, that the members hereby confirm that these resolutions supersede any prior resolutions of the Board that are inconsistent with these resolutions solely to the extent of any such inconsistency; and it is further

RESOLVED, that the Representative President Jeong Joon Moon be authorized in the name and on behalf of the HAHAHA Corporation to take or cause to be taken any and all such further

1

action and to enter into and to execute and deliver all such further agreements, documents, and undertakings, and to incur all such fees and expenses as in the judgment shall be necessary to effectuate the purpose and intent of any and all of the foregoing resolutions as the Board of Directors shall determine necessary, proper, or desirable

Effective this 3rd date November, 2014

           ___/s/ Jeong Joon Moon____
Jeong Joon Moon, the sole Director and President
of HAHAHA Corporation