# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   14−14104−RGM
**Chapter**   11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hahaha Corporation
9001 Braddock Rd #320
Springfield, VA 22151

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 20−4933228

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS

TO:   DEBTOR OR DEBTOR'S COUNSEL

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on November 4, 2014. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:   November 18, 2014**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 **All Schedules (A−J) and Statement of Financial Affairs**
**Attorney Fee Disclosure**
**List of Equity Security Holders**

Date:   November 5, 2014

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Sherri A. Stewart
Deputy Clerk

[10071vDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Hahaha Corporation  
    Debtor

Case No. 14-14104-RGM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-9    User: stewarts    Page 1 of 1    Date Rcvd: Nov 05, 2014  
                Form ID: 10071    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2014.  
db          +Hahaha Corporation,    9001 Braddock Rd #320,    Springfield, VA 22151-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2014                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2014 at the address(es) listed below:  
         Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov  
         Weon Geun Kim    on behalf of Debtor    Hahaha Corporation jkkchadol99@gmail.com,  
           attorneygrace4u@gmail.com  
                                               TOTAL: 2