UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In Re:

      Hahaha Corporation    :                      Chapter 11

      Debtor         :               Case No. 14-14104

## MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

COMES THIS DAY, the Debtor, Hahaha Corporation , by counsel, and files this

MOTION TO EXTEND TIME TO FILE SCHEDULES and STATEMENTS, and as grounds

therefore, state as follows: the debtor has not previously requested an extension to file its

schedules and statements in this matter and hereby request that it be allowed to file said

schedules and statements within 15 days of the entry of the order granting this motion.

Therefore, the debtor moves that it be granted an extension of 15 days to file its schedules

and statements in this matter. Respectfully submitted,

Hahaha Corporation ,by counsel

/s/ Kim WeonGeun

WEON G. KIM VSB #73104
8200 Greensboro Dr. #900
McLean VA 22102
571-278-3728
Fax 703-462-5459

<u>Certificate of Service</u>

I hereby certify that the true copies of the foregoing motion to extend time were mailed by
regular mail this November 19, 2014 to attached creditors:


By, <u>/s/ Kim WeonGeun</u>

WEON G. KIM VSB #73104
8200 Greensboro Dr. #900
McLean VA 22102
571-278-3728
Fax 703-462-5459


Blankingship and Keith, P.C.
4020 University Drive #300
Fairfax VA 22030

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Spotsylvania County Commissioner of Revenue
c/o Real Estate Division
PO Box 175
Spotsylvania VA 225553-0175

Union First Market Bank
PO Box 940
Ruther Glen VA 22546

VA Department of Taxation
PO Box 26685
Richmond VA 23261-6685